IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF HASTINGS, NEBRASKA, ) <br> A Municipal Corporation ) <br> ) <br> Defendant ) | Civil Action No. 8:10-cv-247-RGK-CRZ |

## ORDER TERMINATING CONSENT DECREE

Upon consideration of the Parties' Joint Stipulation to Terminate Consent Decree (Filing 12), it is hereby ORDERED that the Consent Decree (Filing 11) is terminated.

The 2008 Access Agreement, as required by Section IX of the Consent Decree, granting EPA access to Subsite, survives this Order.

Paragraphs 94-95 of the Consent Decree, requiring the retention of certain documents until ten years after Certification of Completion, survive this Order.

IT IS SO ORDERED this 5th day of January, 2022.

*Richard G. Kopf*
_____
HONORABLE RICHARD G. KOPF
SENIOR UNITED STATES DISTRICT JUDGE